# Order

Michigan Supreme Court
Lansing, Michigan

October 30, 2020

161248

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

JOHN JOSEPH MURPHY, III,
          Defendant-Appellant.

SC: 161248
COA: 352341
Macomb CC: 2017-000598-FH

_____/

On order of the Court, the application for leave to appeal the March 6, 2020 order of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall also address whether the trial court complied with the requirements of MCR 6.425(E)(3), and whether the defendant was impermissibly punished for his inability to pay an economic assessment.

The application for leave to appeal remains pending.

VIVIANO, J., would deny leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2020



Clerk

b1027